**NJID 793711**
PHELAN HALLINAN DIAMOND & JONES, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
856-813-5500
<u>Attorneys for PHH MORTGAGE CORPORATION AS SERVICER FOR U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR BANC OF AMERICA FUNDING CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-8T2</u>

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:<br>    THOMAS M SABO<br>    JOANN D SABO A/K/A JOANN GEADA<br><br>    Debtors | : CHAPTER 13<br><br>: CASE NO.  17-19534-MBK<br><br>: **NOTICE OF MOTION FOR**<br>: **RELIEF FROM AUTOMATIC**<br>: **STAY** |
| JOANN D SABO A/K/A JOANN GEADA<br>1 GARRETSON DRIVE<br>FRANKLIN PARK, NEW JERSEY 08823 | YAKOV RUDIKH, Esquire<br>223 Rt. 18 South, SUITE 108<br>E. BRUNSWICK, NJ 08816 |
| THOMAS M SABO<br>1 GARRETSON DRIVE<br>FRANKLIN PARK, NEW JERSEY 08823 | ALBERT RUSSO<br>CN 4853<br>TRENTON, NJ 08650-4853 |
| | U.S. TRUSTEE.<br>ONE NEWARK CENTER STE 2100<br>NEWARK, NJ 07102 |

   PLEASE TAKE NOTICE that on 08/15/2017, at 9:30 AM or as soon as counsel may be heard, the undersigned attorney for the secured creditor will move before the United States Bankruptcy Court, TRENTON, NJ 08608, for an Order Vacating the Automatic Stay with respect to property located at 1 GARRETSON DRIVE, FRANKLIN PARK, NEW JERSEY 08823and allowing PHH MORTGAGE CORPORATION AS SERVICER FOR U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR BANC OF AMERICA FUNDING CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-8T2 to continue its contractual remedies or other remedies that may be available under state law, by reason of failure of the debtor to make regular monthly mortgage payments outside the Chapter 13 Plan.

**PLEASE TAKE FURTHER NOTICE**, that in support of the within Motion, the Movant will rely upon the Certification in Support and the proposed Order submitted herewith, as well as, oral arguments, if necessary. Pursuant to D.N.J. LBR 9013-2, Movant states that no brief or memorandum of law is necessary because of the absence of novel or complex questions of law. However, if responsive papers are filed in opposition to the Motion, the Movant reserves the right to respond to any issues of law raised therein in the form of a brief or a memorandum of law.

Dated: July 18, 2017

/s/ Nicholas V. Rogers
Nicholas V. Rogers, Esq.
Phelan Hallinan Diamond & Jones, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
Tel: 856-813-5500 Ext. 42689
Fax: 856-813-5501
Email: nicholas.rogers@phelanhallinan.com